NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Eric Bensamochan, Esq. SBN255482
The Bensamochan Law Firm, Inc.
9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211
Tel: (818) 574-5740
Fax: (818) 961-0138
Email: eric@eblawfirm.us

ATTORNEY(S) FOR: Kiwijet, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KIWIJET, LLC a Delaware Corporation,

Plaintiff(s),

v.

DELPHIC AIRWAYS CARGO TRANSPORTATION PC, an entity of unknown provenance, and DELPHIC AIRWAYS PC, an entity of unknown provenance

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Kiwijet, LLC  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kiwijet, LLC | Plaintiff, principal to contract at issue |
| Delphic Airways Cargo Transportation PC | Defendant, principal to contract at issue |
| Delphic Airways PC | Defendant, principal to contract at issue |

March 21, 2022
Date

/s/Eric Bensamochan
Signature

Attorney of record for (or name of party appearing in pro per):

Kiwijet, LLC