UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-01850-FLA (RAOx) | Date | May 26, 2023 |
|---|---|---|---|
| Title | Kiwijet, LLC v. Delphic Airways Cargo Transportation, PC et al | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE NOTICE OF WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT [39]**

Considering Plaintiff Kiwijet, Inc.'s filing a Notice Of Withdrawal Of Motion For Default Judgment (Dkt. [39]), the hearing on Plaintiff's Motion For Default Judgment (Dkt. [38]) is VACATED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | tf |