UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIWIJET, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>DELPHIC AIRWAYS CARGO TRANSPORTATION PC, *et al.*,<br><br>                    Defendants. | Case No. 2:22-cv-01850-FLA (RAOx)<br><br>**ORDER MODIFYING JUDGMENT [DKT. 45]** |

## ORDER

On March 29, 2024, the court entered Judgment in Plaintiff Kiwijet, Inc.'s ("Plaintiff") favor in the principal amount of $4.14 million.  Dkt. 44 at 10.  Plaintiff was granted leave to submit additional documents calculating the appropriate amount of prejudgment interest pursuant to 28 U.S.C. § 1961 and setting forth the grounds for its request for costs.  *Id.*  On April 9, 2024, Plaintiff filed the Supplemental Declaration of Eric Bensamochan Regarding Prejudgment Interest ("Bensamochan Declaration").  Dkt. 45.

First, Plaintiff requests costs of $402, to reflect the filing fee paid for bringing this action.  *Id.* at 2, ¶ 5.  These costs are recoverable under Local Rule 54-3.1.

1

   Second, Plaintiff requests prejudgment interest of $446,762.45, which reflects prejudgment interest on principal damages of $4.14 million, from the filing date of the Complaint (March 21, 2022) until the date of the Judgment (March 29, 2024), at an annual rate of 5.33%. Dkt. 45 at 2–3, ¶¶ 6–8. Interest under 28 U.S.C. § 1961(a) "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding[] the date of the judgment." The published weekly average 1-year constant maturity Treasury yield for the week of March 22, 2024 was 5.02% per annum. Plaintiff, thus, is entitled to $589.81 in daily interest and total prejudgment interest of $420,211.13.

   Accordingly, the court AWARDS Plaintiff principal damages of $4.14 million, prejudgment interest of $420,211.13, and costs of $402, for a total award of $4,560,613.13, and AMENDS the Judgment (Dkt. 44) to reflect these figures.

   IT IS SO ORDERED.

Dated: April 29, 2024

                           FERNANDO L. AENLLE-ROCHA
                           United States District Judge